IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK MELMAN | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:08-cv-1205 |
| | ) JUDGE HAYNES |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for judgment on the pleadings (Docket Entry No. 9) is **DENIED** as to Plaintiff's ADA and Rehabilitation Act claims and **GRANTED** as to Plaintiff's THRA claim.

It is so **ORDERED**.

ENTERED this the 7th day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge