IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

MARK MELMAN, )
)
   Plaintiff )
)
vs. ) Docket No. 3:08-1205
) JURY DEMAND
METROPOLITAN GOVERNMENT )
OF NASHVILLE AND DAVIDSON ) JUDGE HAYNES
COUNTY d/b/a Metropolitan ) MAGISTRATE JUDGE BROWN
Nashville Public Schools )
)
   Defendant )

## PLAINTIFF'S MOTION FOR REFERENCE TO MAGISTRATE FOR A SETTLEMENT CONFERENCE

Comes the Plaintiff Mark Melman, by and through counsel, who respectfully requests that this Court refer this matter to a Magistrate for a Settlement Conference.

Plaintiff would show that as provided by the Case Management Order, the parties met to discuss settlement within ninety days of the Case Management Conference. At the time, Defendant's Motion for Judgment on the Pleadings was pending. The conference was unproductive.

Defendant has filed a Motion for Summary Judgment, which is currently pending and which raises essentially the same issues that were raised in the Motion for Judgment on the Pleadings. After Plaintiff filed his response to Defendant's Motion for Summary Judgment, Plaintiff's counsel submitted a written settlement proposal to Defendant's counsel. Defendant's counsel recently responded to follow-up

*[Handwritten order in margin:]* ORDER. This motion is GRANTED. This action is REFERRED to the Magistrate Judge for a conference to be set by him. [signature] 1-8-10