IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MARK MELMAN,<br><br>    Plaintiff<br><br>vs.<br><br>METROPOLITAN GOVERNMENT<br>OF NASHVILLE AND DAVIDSON<br>COUNTY d/b/a Metropolitan<br>Nashville Public Schools<br><br>    Defendant | Docket No. 3:08-1205<br>JURY DEMAND<br><br>JUDGE HAYNES<br>MAGISTRATE JUDGE BROWN |

*[Handwritten notation: "OKDSM / The motion is granted. /s/ 4-8-10"]*

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Comes the Plaintiff, Mark Melman, who respectfully requests that the Court strike, and not consider, Defendant's Reply Memorandum filed in support of its Motion for Summary Judgment.

The Case Management Order governing this provides that "[n]o reply shall be filed to any response [to a dispositive motion] unless invited by the Court". *Doc. 12, Case Management Order, p. 4, n.1.* Although not invited by the Court, the Defendant filed a reply memorandum.

Because the reply memorandum was not invited, it should stricken and not considered by the Court.

/
/
/
/