IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARK MELMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:08-1205 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE DAVIDSON COUNTY d/b/a | ) | |
| Metropolitan Nashville Public Schools, | ) | |
| Defendant. | ) | |

**ORDER**

A status conference is set in this action for **Friday, June 4, at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the __14th__ day of May, 2010.

_____
WILLIAM J. HAYNES, JR.
United States District Judge