IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

MARK MELMAN, )
 )
    **Plaintiff** )
 )
vs. ) Docket No. 3:08-1205
 ) JURY DEMAND
METROPOLITAN GOVERNMENT )
OF NASHVILLE AND DAVIDSON ) Judge Haynes
COUNTY d/b/a Metropolitan ) Magistrate Judge Brown
Nashville Public Schools )
 )
    **Defendant** )

*[Handwritten: ORDER — This motion is GRANTED. /s/ [Judge] USDJ 7-1-10]*

## JOINT MOTION FOR ADDITIONAL TIME TO REPORT ON SETTLEMENT DISCUSSIONS

Come the parties, by and through counsel, who jointly request that the parties be allowed an additional week, up to and including July 7, 2010 to report to the Court regarding the status of their settlement discussions.

The parties have been communicating with each other. Plaintiff and his counsel were scheduled to have a discussion on the Defendant's proposal on June 30, 2010. Plaintiff's Mother has been in the hospital which has required Plaintiff's full attention and he was not able to keep his appointment with Plaintiff's counsel. The appointment has been rescheduled for Friday.

For these reasons, the parties, by and through counsel, respectfully request that this Motion be granted.

/

/

/