IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MARK MELMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-cv-01205 |
| | ) | JUDGE HAYNES |
| | ) | |
| METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE AND DAVIDSON | ) | |
| COUNTY | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 38) is **GRANTED.** This action is **DISMISSED with prejudice**.

This is the Final Order for this action.

It is so **ORDERED**.

**ENTERED** this the _2d_ day of August, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge